# Third District Court of Appeal

## State of Florida

Opinion filed May 17, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1378
Lower Tribunal No. 20-111-A-M

_____

**The State of Florida,**
Appellant,

vs.

**Abraham Dwayne McLeroy,**
Appellee.

An Appeal from the Circuit Court for Monroe County, James W. Morgan, III, Judge.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellee.

Before EMAS, LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.